UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TYROSH BROWN, )<br>　　　Plaintiff, )<br>) | No. 1:12-cv-735 |
| -v- ) |  |
| ) | HONORABLE PAUL L. MALONEY |
| CITY OF GRAND RAPIDS, )<br>　　　Defendant. )<br>_____ ) | |

## JUDGMENT

Having dismissed the claims in the complaint under 28 U.S.C. § 1915(e)(2) as barred under the doctrine of *res judicata*, under Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:　August 24, 2012　　　　　　　　　　　　　　　　　/s/ Paul L. Maloney　
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court