UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TYROSH BROWN, ) | |
| Plaintiff, ) | |
| ) | No. 1:12-cv-735 |
| -v- ) | |
| ) | HONORABLE PAUL L. MALONEY |
| CITY OF GRAND RAPIDS, ) | |
| Defendant. ) | |
| _____) | |

## JUDGMENT

Having dismissed the claims in the complaint under 28 U.S.C. § 1915(e)(2) as barred under the doctrine of *res judicata*, under Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  August 24, 2012              /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    Chief Judge
                                    United States District Court